IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KHANH PHAN,

        Plaintiff,

   v.

UBER TECHNOLOGIES, INC., et al.,

        Defendants.

Case No. 22-cv-00440-MMC

**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES**

The Court, by order filed concurrently herewith, having stayed plaintiff's claims pending arbitration, it is hereby ORDERED that the above-titled case is CLOSED for statistical purposes only. Nothing contained in this order shall be considered a dismissal or disposition of this action, and, should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: April 5, 2022

MAXINE M. CHESNEY
United States District Judge